UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* VERONICA PIDCOCK,

    Plaintiffs,

v.

PHARMA MANAGEMENT, LLC,
MEDTECH WORLDWIDE, INC.,
VIRTUAL VERIFICATIONS, INC.,
OPTIMAL MEDICAL GROUP, LLC,
TPK MEDICAL SUPPLY, LLC,
TS&A MEDICAL SUPPLY, LLC,
STEVE DECKER, MARCO VARGAS,
CHRISTIAN HERING, JASON ZENNA,
STEVEN HANS GOLDBERG, and
ARTHUR GEISS,

    Defendants.
_____/

Case No. 8:21-cv-2238-WFJ-JSS

**FILED *EX PARTE***

**AND UNDER SEAL**

**ORDER**

The Relator Veronica Pidcock having filed a Notice of Voluntary Dismissal Without Prejudice of this action (Dkt. S-13) and the United States having filed its Notice of Consent to Voluntary Dismissal Without Prejudice, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(l) (Dkt. S-14), the Court rules as follows:

    **IT IS ORDERED** that,

1. This action is dismissed without prejudice as to Relator Veronica Pidcock and as to the United States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Amended Complaint, Relator's Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

**DONE AND ORDERED** in Tampa, FL, this 6th day of March, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

cc:

Sean P. Keefe
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602

Chunsoo "Terence" Park
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NY 07310